# TURANO LAW

sturano@turanolaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

275 MADISON AVENUE
35ᵀᴴ FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

March 9, 2023

Hon. Mary Kay Vyskocil
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Crystal Medina</u>
             Case No. 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

    Benjamin C. Zeman, Esq., counsel for Christy Corvalan, and I, counsel for Crystal Medina, make this joint application for a modification of the conditions of their pretrial release. Both defendants' pretrial release conditions include a no-contact condition precluding them from speaking to codefendants outside the presence of counsel. Mss. Medina and Corvalan have been engaged since before their arrests in this matter. Ms. Corvalan reported the engagement to Pretrial Services on the date of her arrest.

    Mss. Medina and Corvalan ask the Court to modify their conditions of pretrial release by removing the no-contact condition.

    The Government, by AUSA Jeffery Coyle, consent.

Respectfully submitted,

/s/ Stephen Turano
/s/ Benjamin C. Zeman

---

**DENIED. SO ORDERED.**

Date: 4/6/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge