# TURANO LAW

sturano@turanolaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2023

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

April 7, 2023

Hon. Mary Kay Vyskocil
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Crystal Medina</u>
               Case No. 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

      On March 6, 2023, I advised the Court's chambers that my client, Crystal Medina, consented to having Lisa Scolari, Esq., then counsel for co-defendant Dezyre Baez, cover the April 19, 2023 appearance for me while I am traveling out of the country. As the Court is aware, Ms. Scolari no longer represents Ms. Baez. Benjamin Zeman, Esq., counsel for co-defendant Christy Corvalan, however, is prepared to cover the appearance for me. I have spoken with Ms. Medina and she consents to proceeding in this manner. I also reviewed the Indictment with her and she is prepared to proceed with the arraignment.

      Accordingly, I ask that the Court permit Mr. Zeman to cover the April 19, 2023 Court appearance for me.

Respectfully submitted,

/s/ *Stephen Turano*

Stephen Turano

**Granted. SO ORDERED.**

Date: 4/10/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge