USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/14/2023

# TURANO LAW

New York Office:  
275 Madison Avenue  
35th Floor  
New York, NY 10016  

Tel (917) 594-5666  
Fax (917) 594-5667  

New Jersey Office:  
60 Park Place  
Suite 1101  
Newark, NJ 07102  

Tel (973) 648-6777  
Fax (917) 594-5667  

August 14, 2023

VIA ECF  
Hon. Mary Kay Vyskocil  
United States District Court Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007  

Re: United States v. Crystal Medina  
Case No. 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

I represent Crystal Medina in the above-mentioned matter. She is on Pretrial release and her travel is restricted to New York. She has been fully compliant with the conditions of her bail.

She requests permission to travel to her parents' home in Harrisburg, Pennsylvania, from August 26, 2023, through August 30, 2023. Specifically, Ms. Medina wants to spend time with her mother who is suffering from stage 3 emphysema and has difficulty traveling to New York. All other conditions are to remain in effect.

The Government (by AUSA Jeffery Coyle) consents to and Pretrial Services (by Officer Jazzlyn Harris) does not oppose this request.

Thank you for the Court's consideration.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano  
  *Attorney for Crystal Medina*

---

GRANTED. Defendant Medina must check in with Pretrial Services upon her return. SO ORDERED.

Date: 8/14/2023  
New York, New York

*Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge