USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2023

# TURANO LAW

New York Office

275 Madison Avenue
35th Floor
New York, NY 10016
_____

Tel (917) 594-5666
Fax (917) 594-5667

New Jersey Office

60 Park Place
Suite 1101
Newark, NJ 07102
_____

Tel (973) 648-6777
Fax: (917) 594-5667

August 23, 2023

VIA ECF
Hon. Mary Kay Vyskocil
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Crystal Medina
                  Case No. 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

      I represent Crystal Medina in the above-mentioned matter. She has been fully compliant with the conditions of her bail.

      Ms. Medina's requests a modification to her current conditions of Pretrial release that restrict her from opening a bank account. Ms. Medina has recently secured employment and her training begins September 11, 2023, and she needs a valid bank account to get paid.

      Pretrial Services (by Officer Jazzlyn Harris) consents to this request, with the condition that Ms. Medina submit monthly bank statements to Pretrial services to verify transaction activity. Additionally, the Government (by ASUA Jeffery Coyle) consents to this request.

      Thank you for the Court's consideration.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano
  *Attorney for Crystal Medina*

---

**Granted. SO ORDERED.**

Date: 8/23/2023
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

---

cc:  All Counsel of Record