USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2023

# TURANO LAW

| New York Office | New Jersey Office |
|---|---|
| 275 Madison Avenue | 60 Park Place |
| 35th Floor | Suite 1101 |
| New York, NY 10016 | Newark, NJ 07102 |
| Tel (917) 594-5666 | Tel (973) 648-6777 |
| Fax (917) 594-5667 | Fax (917) 594-5667 |

September 27, 2023

<u>VIA ECF</u>
Honorable Mary Kay Vyskocil
District Court Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York

Re:   <u>United States v. Crystal Medina</u>
      Case No. 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

I represent Crystal Medina. I will be on trial before the Honorable Edgardo Ramos on October 5, 2023, the date of the status conference in this case. If I am unable to attend, I request that Benjamin Zeman, counsel for co-defendant Christy Corvalan, stand in on my behalf. Ms. Medina consents to this request.

Respectfully submitted,

/s/ Stephen Turano

Stephen Turano, Esq.
*Attorney Crystal Medina*

cc: All Counsel of Record (by ECF)

**Granted. SO ORDERED.**

Date: 9/28/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge