USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2023

# TURANO LAW

New York Office:                                                                New Jersey Office:

275 Madison Ave                                                                 60 Park Place
35TH Floor                                                                       Suite 1101
New York, NY 10016                                                          Newark, NJ 07102

Tel: (917) 974-1781                                                          Tel: (973) 648-6777
Fax: (212) 208-2981                                                         Fax: (212) 208-2981

October 24, 2023

VIA ECF
Hon. Mary Kay Vyskocil
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    United States v. Crystal Medina
>        Case No. 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

I represent Crystal Medina in the above-mentioned matter. She has been fully compliant with the conditions of her bail.

Ms. Medina's requests a modification to her current conditions of pretrial release that restrict her travel to the SDNY and EDNY. I ask that she be permitted to travel to Pennsylvania, where her parents reside.

Pretrial Services (by Officer Jazzlyn Harris) consents to this request. The Government (by ASUA Jeffery Coyle) consents provided Ms. Medina obtains permission from Pretrial Services before each trip.

Thank you for the Court's consideration.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano
*Attorney for Crystal Medina*

**DENIED.  SO ORDERED.**

Date: 10/25/2023
New York, New York

Mary Kay Vyskocil
United States District Judge