USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2023

# TURANO LAW

New York Office:
275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

New Jersey Office:
60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

December 5, 2023

<u>VIA ECF</u>
Hon. Mary Kay Vyskocil
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Crystal Medina</u>
Case No. 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

I represent Crystal Medina in the above-mentioned matter. She is on Pretrial release and her travel is restricted to the SDNY and EDNY. She has been fully compliant with the conditions of her bail.

Ms. Medina requests permission to travel to her parents' home in Harrisburg, Pennsylvania, for one week starting as soon as she is permitted. She makes this request so that she can spend time with her mother, who is suffering from stage 3 emphysema and COPD and is experiencing particular health difficulties after having COVID several weeks ago.

The Government (by AUSA Jeffery Coyle) and Pretrial Services (by Officer Jazzlyn Harris) consent to this request. All other conditions are to remain in effect.

Thank you for the Court's consideration.

Respectfully,

/s/ *Stephen Turano*
Stephen Turano, Esq.

**Denied.  SO ORDERED.**

Date: 12/6/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge