```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    1:23-cr-00110-RA-5
     -against-                       :    ORDER
                                     :
Crystal Medina                       :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include:

- Defendant to be allowed to communicate with co-defendant (Dezyre Baez & David Fernandez) outside the presence of counsel, however, they must refrain from discussing their cases and the instant offense.
- Defendant to be permitted to travel to the state of Pennsylvania (and points in between for travel purposes) with prior authorization from Pretrial Services.

Dated: March 13, 2024
New York, New York

                    SO ORDERED:

                    _____
                    SARAH NETBURN
                    United States Magistrate Judge