```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :    1:23-cr-00110-RA-5

    -against-                       :    ORDER
                                    :
Crystal Medina
                                    :
Defendant
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to

include:

- Mental health evaluation/treatment as directed by Pretrial

  Services

Dated: July 16, 2024
New York, New York

                        SO ORDERED:

                        _____
                        Ronnie Abrams
                        United States District Judge