# TURANO LAW

275 Madison Avenue  
35th Floor  
New York, NY 10016  

Tel (917) 594-5666  
Fax (917) 594-5667  

60 Park Place  
Suite 1101  
Newark, NJ 07102  

Tel (973) 648-6777  
Fax (917) 594-5667  

September 9, 2024

The Honorable Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007  

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.  
September 10, 2024

Re:   United States v. Crystal Medina  
      Case No. 23 Cr. 110

Dear Judge Abrams:

    I represent Crystal Medina in the above-mentioned matter. She is on Pretrial release and her travel is restricted to the SDNY and EDNY.

    Ms. Medina requests permission to travel with her parents for vacation to Windsor Island Resort in Davenport, Florida, from September 20, to September 25, 2024. All other conditions are to remain in effect.

    Pretrial Services, by Officer Dominique Jackson consents to this request. The Government, by AUSA Jeffery Coyle, has an out-of-office notification.

    Thank you for the Court's consideration.

Respectfully,  
/s/ Stephen Turano  
Stephen Turano, Esq.

cc:  All Counsel of Record