# TURANO LAW

| | |
|---|---|
| 275 Madison Avenue<br>35th Floor<br>New York, NY 10016<br>———<br>Tel (917) 594-5666<br>Fax (917) 594-5667 | 60 Park Place<br>Suite 1101<br>Newark, NJ 07102<br>———<br>Tel (973) 648-6777<br>Fax (917) 594-5667 |

June 4, 2025

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 5, 2025

Re:     *United States v. Crystal Medina*, 23-cr-110

Dear Judge Abrams:

    I represent Crystal Medina in the above-referenced matter. She requests permission to travel to Connecticut on Monday June 9, 2025, to accompany her partner, Christy Corvalan, to self-surrender to federal prison. If permitted to accompany Ms. Corvalan, Ms. Medina will coordinate specific travel times with her Pretrial Services Officer, Dominique Jackson, who has no objection to this request. The Government, by AUSA Jaclyn Delligatti, defers to Pretrial Services.

    Your Honor's time and attention to this matter is greatly appreciated.

                                    Respectfully submitted,

                                    /s/ Stephen Turano
                                    Stephen Turano, Esq.
                                    Counsel for Crystal Medina

cc: All Counsel of Record