# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

July 9, 2025

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 10, 2025

Re:    *United States v. Crystal Medina*, 23-cr-110

Dear Judge Abrams:

    I represent Crystal Medina in the above-referenced matter. She requests permission to travel to and visit her long-time partner, Christy Corvalan, who is incarcerated at FCI Danbury (33 1/2 Pembroke Rd, Danbury, CT 06811), most Saturdays. Ms. Corvalan is Ms. Medina's codefendant and was sentenced to nine years' incarceration in connection with her role in that prosecution.

    Visitation is from 8:00 a.m. to 3:30 p.m. I anticipate Ms. Medina's visitation times will fluctuate, but, if permitted to do so, she will return on the same day.

    Ms. Medina's Probation Officer, Dominique Jackson, and AUSA Jaclyn Delligatti do not object to this application.

Respectfully submitted,

/s/ Stephen Turano
Stephen Turano, Esq.
Counsel for Crystal Medina

cc:    Dominique Jackson, U.S.P.O. (via email)
       Jaclyn Delligatti, AUSA (via email)