```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    1:23-cr-00110-RA-5
      -against-                     :    ORDER
                                    :
                                    :
Crystal Medina                      :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that Defendant's bail be modified to include the following condition: Defendant shall be permitted to travel to the state of Connecticut (and any areas required for travel there).

Dated: October 22, 2025

SO ORDERED:

_____
Ronnie Abrams
United States District Judge