# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016
———

Tel (917) 974-5666
Fax (917) 594-5667
———

sturano@turanolaw.com

60 Park Place
Suite 1101
Newark, NJ 07102
———

Tel (973) 648-6777
Fax (917) 595-5667
———

June 24, 2026

VIA ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 25, 2026

Re:    *United States v. Crystal Medina*, 23-cr-110

Dear Judge Abrams:

I represent Crystal Medina in the above-mentioned matter. She is on Pretrial release and her travel is restricted to the SDNY and EDNY. She has been fully compliant with the conditions of her bail.

Ms. Medina requests permission to relocate to Harrisburg, Pennsylvania with her co-defendants Dezyre Baez and David Fernandez, with whom she is permitted reside by Court Order. Pretrial Services, by Officer Dominique Jackson, consents to this request. The Government, by AUSA Jefferey Coyle, defers to Pretrial Services.

Thank you for the Court's consideration.

Respectfully,
/s/ *Stephen Turano*
Stephen Turano, Esq.

cc:  All Counsel of Record